JOHN CHURCHILL COFFING, President of the Salisbury Iron Company, vs. ANTHONY I. TRIPP.

A plaintiff will not be allowed to amend his declaration substantially changing the plaintiffs, after issue joined, and the cause has been noticed for trial : his proper course is to discontinue the suit, and commence anew.

*Motion by plaintiff for leave to amend his declaration in this cause in this particular, to wit, that the name of* " John Churchill Coffing, president of the," *be stricken out of the same.*--- It appears that issue was joined in this cause on the 6th August last, and noticed for trial at the

Dutchess circuit for the second Monday of October last: was not tried for want of time. Some time in January last, plaintiff's attorney applied to defendent's attorney for leave to amend his declaration as to the name of the plaintiff; to which defendant's attorney refused to consent.

M. T. Reynolds, *Plffs Counsel.*  R. Peck, *Plffs Atty.*

S. Stevens, *Defts Counsel.*  William Eno, *Defts Atty.*

Beardsley, Justice.— Thought there could no precedent be found for allowing the plaintiff to amend, by substantially changing a party to the suit, under such circumstances. The proper way for plaintiff would be, to discontinue the suit and commence anew.

Motion denied with costs.